IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AMERICAN AGCREDIT, ACA**, **AMERICAN AGCREDIT, FLCA**, and **AMERICAN AGCREDIT, PCA**, each a corporation existing and operating under the Farm Credit Act of 1971 as amended,<br><br>        Plaintiffs,<br><br>        v.<br><br>**EDMUNSON, INC.**, dba **ARBOR VALLEY NURSERY**, a foreign corporation, **GREEN RIVER HOLDINGS, LLC**, a foreign limited liability company, **EDMUNDSON LAND, LLC**, a foreign limited liability company, **RIO VERDE PLANTAS, LLC**, a foreign limited liability company, **MATTHEW EDMUNDSON**, an individual, and **ANGELA EDMUNDSON**, an individual,<br><br>        Defendants. | Case No. 3:25-cv-00979-AP<br><br>**ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS** |

**IMMERGUT, District Judge.**

On December 19, 2025, Magistrate Judge Potter issued her Findings and Recommendation ("F&R"), ECF 56, recommending that Plaintiffs' Motion to Appoint a Receiver, ECF 38, should be granted. Plaintiffs moved to appoint a receiver over Defendants

PAGE 1 – ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

Edmunson, Inc., dba Arbor Valley Nursery, Green River Holdings, LLC, and Edmundson Land, LLC ("Defendants"). Mot., ECF 38 at 1. On January 2, 2026, Defendants objected to the F&R. Objections, ECF 58. On January 6, 2026, Defendant Edmundson Inc., dba Arbor Valley Nursery, and Defendant Edmundson Land LLC filed a Notice of Bankruptcy. ECF 59. On January 8, 2026, Judge Potter stayed this action against Defendant Edmonson Inc., dba Arbor Valley Nursery and Defendant Edmonson Land, LLC. ECF 61. On January 16, 2026, Plaintiffs replied to Defendants' objections to the F&R. Reply, ECF 62. Following the bankruptcy stay, Plaintiff requests that this Court only grant their motion with respect to Green River Holdings, LLC. Reply, ECF 62 at 12.

      This Court has reviewed de novo the portion of the F&R to which Defendant objected. For the following reasons, the Court ADOPTS IN PART Magistrate Judge Potter's F&R. This Court ADOPTS the F&R with respect to Defendant Green River Holdings, LLC. Due to the bankruptcy stay, this Court DECLINES TO ADOPT the F&R with respect to Defendant Edmundson Inc., dba Arbor Valley Nursery, or Defendant Edmundson Land LLC.

      Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R that are not objected to. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further

PAGE 2 – ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court has reviewed de novo the portions of Judge Potter's F&R to which Defendants objected. Judge Potter's F&R, ECF 56, is ADOPTED IN PART. This Court ADOPTS the F&R with respect to Defendant Green River Holdings, LLC. Due to the bankruptcy stay, this Court DECLINES TO ADOPT the F&R with respect to Defendant Edmundson Inc., dba Arbor Valley Nursery, or Defendant Edmundson Land LLC.

This Court GRANTS IN PART Plaintiffs' Motion to Appoint a Receiver, ECF 38. Plaintiffs' motion to appoint a receiver over Defendant Green River Holdings, LLC is GRANTED. Plaintiffs' motion to appoint a receiver over Defendant Edmundson Inc., dba Arbor Valley Nursery, or Defendant Edmundson Land LLC is DENIED.

**IT IS SO ORDERED**.

DATED this 23rd day of February, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge